JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV 24 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Caden Companies, LLC* | NO. CV 10-4243-GHK (FFMx) |
| **Plaintiff,** | |
| v. | **JUDGMENT** |
| *Amanda Nicole Turchin* | |
| **Defendant.** | |

Based on our November 24, 2010 Order dismissing the sole Defendant Amanda Nicole Turchin aka Amanda Carrier ("Defendant"), **IT IS HEREBY ADJUDGED** that Plaintiff Caden Companies' claims are **DISMISSED WITHOUT PREJUDICE** with respect to Defendant.

**IT IS SO ORDERED.**

DATED: November 24, 2010

_____
GEORGE H. KING
United States District Judge